AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
DEC 13 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>**Oscar SALAZAR**<br>COB: UNITED STATES<br>YOB: 1993<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. M-20-2786-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/11/2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | did knowingly and intentionally import approximately 1.52 kilograms of Methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

Complaint authorized by AUSA Laura Garcia

/S/ Laron Smith
*Complainant's signature*

Laron Smith, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: December 13, 2020 1:50 p.m.

*[signature]* Peter E. Ormsby
*Judge's signature*

City and state: McAllen, TX

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

## ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter. On December 11, 2020, Oscar Eduardo SALAZAR attempted entry into the United States from Mexico via a motor vehicle at the Hidalgo, Texas, Port of Entry driving a 2002 Lincoln Navigator. During primary inspection SALAZAR advised Customs and Border Protection Officers(CBPO) that he was headed into the United States for work and claimed the vehicle belonged to his mother. In secondary inspection CBPOs deployed their K-9 "Brutus" and after further inspection of the vehicle,"Brutus" alerted on the vehicle. The vehicle was sent through the Z-portal( X-ray machine) at which time the vehicle showed anomalies to the glove compartment area. Upon further inspection of the vehicle revealed a package in the glove compartment, another found in the center console of the vehicle as well as another package found in a shoe located on the back floor board of the vehicle. The packages contained a substance which field tested positive for characteristics of methamphetamine and added up to be a total weight of 1.52 kgs.

SALAZAR was interviewed by Homeland Security Investigations Special Agent Laron Smith and CBP/ TFO Edgar Reinosa. SALAZAR admitted that the he was in possession of the narcotics and that the packages were initially attached to his legs but he removed them before approaching the port. SALAZAR admitted that he was offered $500 to transport the narcotics.